## Louis Leguriates, Appellee, v. E. F. McDonald & Company, Appellant.

### Gen. No. 23,855.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. SAMUEL H. TRUDE, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 25, 1918.

### Statement of the Case.

Action of tort by Louis Leguriates, plaintiff, against E. F. McDonald & Company, a corporation, defendant. From a judgment for plaintiff for $585, defendant appeals.

CLINE C. BROSIUS, for appellant.

RUDOLPH FRANKENSTEIN, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 31*—*when judgment affirmed for insufficiency of record.* Where the statement of facts in a fourth-class case appealed from the Municipal Court of Chicago has been stricken from the record and nothing remains but the statutory record for review, and no error can be considered without reference to the stricken statement, there is nothing to review and the judgment will be affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.